03831-041

CASE 3:88-cr-00111-DSD  Document 61  Filed 01/20/09  Page 1 of 6

| AO 256 (Rev. 2/86) | CRIMINAL DOCKET · U.S. District Court | U.S. LAST, FIRST, MIDDLE | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|
| PO ☐ 0864 3 6406 | | MEIROVITZ, SHERMAN RAY | 12 21 88 | 00111 | 01 |
| Misd. ☐ | Disp./Sentence ☐ JUVENILE | | | | |
| Felony ☒ District Off Judge/Magistr. | ☐ ALIAS OFFENSE ON INDEX CARD | | No. of Def's 1 | U.S. MAG. CASE NO ▶ 88-127 | |

SIRS

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:841(a)(1), 841(b)(1)(A) & 846 | Knowingly & intentionally attemp to possess w/intent to distribute cocaine - Ct 1 | 1 | | |
| 21:841(b)(1)(A) & 846 | Knowingly & intentionaly conspire to distribute & to possess w/intent to distribute cocaine- Ct 2 | 1 | | |

OLD & NEW GUIDELINES

**CLOSED**

SUPERSEDING COUNTS

**II. KEY DATE**

INTERVAL ONE:
- KEY DATE: 12/01/88 EARLIEST OF
  - ☒ arrest
  - ☐ sum'ns
  - ☐ custody
  - ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL):
- KEY DATE: 12/21/88 APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- KEY DATE: 12/27/88
  - a) ☐ 1st appears on pending charge /R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg ☐ Ind ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO:
- KEY DATE: 9-12-89 APPLICABLE
  - ☐ Dismissal
  - ☐ Pled guilty { After N.G.
  - ☐ Nolo { After nolo
  - ☒ Trial (voir dire) began ☒ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 9-14-89 | SENTENCE DATE 01-05-90 | PTD Nolle Pros. | FINAL CHARGES DISMISSED on def on S.T. grounds ☐ W.P. ☐ WOP | on motio on gov motio |

**III. MAGISTRATE**

| Search Warrant | Issued Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ 12/2/88 | INITIAL/NO. JEC 64AM | OUTCOME: ☐ DISMISSED ☒ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|
| Summons | Issued Served | | | PRELIMINARY EXAMINATION Date Scheduled ▶ 12/12/88 | JEC 64AM | |
| | | | | REMOVAL OR HEARING Date Held ▶ 12/12/88 | JEC 64AM | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | 12/1/88 | JEC 64AM | ☐ WAIVED ☐ NOT WAIVED | Tape Number | |
| COMPLAINT ▶ | | 12/1/88 | JEC 64AM | ☐ INTERVENING INDICTMENT | | |

Date of Arrest: 12/2/88
OFFENSE (In Complaint): 21 U.S.C. §841(a)(1) - Narcotics

Show last names and suffix numbers of other defendants on same indictment/information:
Assigned to Judge Devitt per CR L#281

RULE  20  21  40  In  Ou

**ATTORNEYS**

U.S. Attorney or Asst.
David J. MacLaughlin
~~Elizabeth de la Vega (134442)~~

Dale Carlton- P.O. (Mpls)

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

~~Marc Kurzman~~
~~2404 Stevens Avenue South~~
~~Minneapolis, MN 55404~~
~~871-9004~~
No counsel as of 12/27/88

Mark W. Peterson (86125)
608 Second Avenue South, Rm 250
Minneapolis, Mn 55402

(612) 338-2500

Reg.No 03831-041
Pro Se: Sherman Ray Meirovitz
USP - Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

No Bond

**BAIL • RELEASE**

PRE-INDICTMENT
- Release Date
- Bail ☐ Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Re
- ☐ PSA
- Conditions
- ☐ 10% Dep.
- ☐ Surety Bn
- ☐ Collateral
- ☐ 3rd Prty
- ☐ Other

POST-INDICTMENT
- Release Date
- Bail ☐ Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Re
- ☐ PSA
- Conditions
- ☐ 10% Dep.
- ☐ Surety Bn
- ☐ Collateral
- ☐ 3rd Prty
- ☐ Other

**FINE AND RESTITUTION PAYMENTS**

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

SCANNED
JAN 20 2009
U.S. DISTRICT COURT ST. PAUL

## V. PROCEEDINGS

### Sherman Ray Meirovitz (Devitt)

| DATE | DOC | PROCEEDINGS | Start/End | Code | Days |
|---|---|---|---|---|---|
| 12/01/88 | A | COMPLAINT w/attached affidavit of Joel Brillhart. Warrant issued. | Start | P | SIRS |
| | B | Warrant ret'd exec 12/01/88 | Start | LC | SIRS |
| | C | MINUTES (JEC) **INITIAL APPEAR ON COMPLAINT:** Prelim hrg & det. hrg set for 12/5/88 @ 9 a.m. Deft detained. | Start | P1 | SIRS |
| | D | ORDER (JEC) OF TEMPORARY DETENTION | | | |
| 12/09/88 | E | Unsigned affidavit of Shannon Meirovitz - Re: Release | | | |
| | F | Deft's motion for return of certain seized monies. | 12/9/88 12-21-88 | E | SIRS SIRS |
| | G | Deft's motion for setting of bail/conditions of release | | | |
| | H | Letter's - Re: Release | | | |
| 12/12/88 | I | MINUTES (JEC/tape) Prelim & det. hrg: B.O.D.C. Detention Ordered | | | |
| | J | ORDER (JEC) OF DETENTION PENDING TRIAL | | | |
| 12/21/88 | 1 | INDICTMENT (EJD/Catherine Fahy) Cont'd from JEC 88-127. No Bond **Offense dates: Ct 1 - 11/30/88, Ct 2 - 12/86 to 11/88** 2 pgs | Start | P2 | SIRS |
| 12/27/88 | 2 | MINUTES (JMS/Colleen Koop) **INITIAL APPEAR ON INDICT:** Deft appeared w/o counsel. Deft stated he has hired Mark Peterson to represent him. Deft informed of his rights per Miranda. Arraign 01/03/89 @ 9 a.m. Deft ret'd to custody of USM. Detent. order in effect. | | | |
| 12/27/88 | 3 | Letter's - Re: Release | | | |
| 01/03/89 | 4 | MINUTES (JMS/tape) **ARRAIGN:** Reading waived. Plea of **not guilty** entered. Motions due 01/27/89; heard 02/06/89 @ 9 a.m.; status conf. 02/24/89 @ 9:30 a.m.; trial 02/27/89 @ 2 p.m. Ret'd to custody of USM. | | | |
| | 5 | ORDER (JMS) same as docket #4 above. (cc:attys) dd **2 pgs** | | | |
| 01/26/89 | 6 | Deft's motion to suppress evidence | 01/26/89 02/06/89 | E | SIRS |
| 02/06/89 | 7 | MINUTES (EJD/BT) Motion to suppress - denied. Gov't exhibits ret'd. Status conf 3/9/89 @ 9 a.m. Trial 3/13/89 @ 2 p.m. (dd) | | | |
| | 8 | ORDER (EJD) that deft's motion to suppress statements & evidence is DENIED. (cc:attys) dd **1 pg** | | | |
| 02/28/89 | 9 | STIPULATION & ORDER (EJD) that the trial is cont'd to 4/24/89. (cc:attys) dd 1pg  [Under 18331861(h) | 3-13-89 | T | |

cont'd to page 3

CONTINUED TO PAGE __

LETTER CODES — For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets)
A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]
B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed.l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20.21 or 40 or Mag Rule 6a [(1)(G)]
G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)]
H Misc. proceedings: arraignment, parole/probation, revocation, Deportation, extradition [(1)]
S Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration by Court of proposed plea agreement [(1)(I)]
I Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def. to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]
R Def. awaiting trial of codefendant & no severance has been granted [(7)]
T Continuances granted psr (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,iii)]
T2 Case unusual or complex [(8)(B,ii)]
T3 Indictment following arrest can't be filed in 30 days [(8)(B,iv)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal of guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161(b)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U. S. vs Sherman Ray Meirovitz (Devitt)    3 | 88  00111  (1)

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 03/13/89 | 10) TRANSCRIPT of motion hrg b/4 EJD on 2/6/89. [SEPARATE] | dd |
| 04/05/89 | 11) Stipulation & ORDER (EJD 4/4/89) that the trial is cont'd to 5/22/89 under 3161(h). (cc:attys) dd | |
| 04/25/89 | 12) Deft's motion for temporary release. (dd) | ~~4/25/89~~ E |
| 05/01/89 | 13) MINUTES (EJD/BT) Deft's motion for modification of bond is denied. (dd) | |
| 05/04/89 | 14) STIPULATION & ORDER (EJD) Continuance pursuant to 18:3161(h). (cc:attys) dd 1 pg | |
| 05/31/89 | 15) Waiver of Speedy Trial | |
|  | 16) STIPULATION & ORDER (EJD) that jury trial is cont'd to 2 p.m. b/4 EJD on 09/11/89 under 18:3161(h). (cc:attys) dd | |
| 07/13/89 | 17) Deft's second motion for temporary release & request for hearing. (dd) | ruled on #19 |
| 07/27/89 | 18) Deft's motion to con't trial date. (dd) | E |
| 08/14/89 | 19) ORDER (EJD 8/11/89) DENYING: deft's motion for temporary release. (cc:attys) dd | |
| 08/24/89 | 20) Deft's motion for trial continuance. (dd) | |
| 08/25/89 | 21) ORDER (EJD) that deft's motion for a continuance of trial is DENIED. (cc:attys) 1 pg dd | |
| 09/11/89 | 22) INFORMATION PURSUANT TO 21:851 | |
| 09/12/89 | 23) MINUTES (EJD/BT) **1st day of jury trial:** Jurors impaneled & sworn. Opening statements by gov't. Opening statements waived by deft counsel. | Stop   SIRS P2 |
|  | 24) JURY PANEL RECORD | |
| 09/13/89 | 25) MINUTES (EJD/BT) **2nd day of jury trial** Gov't rests. | |
| 09/14/89 | 26) MINUTES (EJD/BT) **3rd day of jury trial:** Deft rests. Gov't presents closing arguments, deft presents closing arguments, Gov't presents rebuttal arguments, gov't rests on rebuttal. Court instructs jury as to the law. Marshal is sworn. Jury begins deliberations @ 12:30 p.m. Verdict of guilty on cts 1 & 2 ret'd @ 3:15 p.m. Jurors polled & all concur. PSI ordered. Deft ret'd to custody of USM. Gov't exhibits ret'd to counsel. Deft exhibits attached to exhibit list, docket entry # 29. | |

cont'd to page 4

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — Sherman Ray Meirovitz   (Devitt)   CR 3-88-111
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 09/14/89 | 27) Jury Question #1. | | START | | |
| | 28) **VERDICT - Guilty on Cts 1 & 2** | | | P4 | GVE SIRS |
| | 29) Deft's Exhibit List w/attached exhibits | | | | |
| | 30) Gov't Exhibit List | | | | |
| | 31) Jury Instructions | | | | |
| | 32) Court Exhibits | | | | |
| 10/25/89 | 33) Deft's Motion/Application to proceed IFP RE: Trial Transcripts. | | | | |
| 12/12/89 | 34) Position of gov't w/respect to sentencing factors. (dd) | | | | |
| 12/19/89 | 35) Position of deft w/respect to sentencing factors. (dd) | | | | |
| | 36) Deft's motion for leave to proceed IFP on appeal. (dd) | granted see minutes #37 | | | |
| 01/05/90 | 37) MINUTES (EJD/BT) **SENTENCING:** Custody of BOP for life w/o release as to ct 1. Life w/o release as to ct 2, sentences on ct 1 & 2 to be served concurrently. Deft's motion for counsel appt'd is granted. Mark Peterson appt'd for appeal purposes. | closed 1/5/90 SIRS | | | |
| | 38) JUDGMENT INCLUDING SENTENCE UNDER THE SENTENCING REFORM ACT - copies dist'd by Lowell/Suzanee 2 pgs | | | | |
| | 39) Report of Statement of Reason for Imposing Sentence copies dist'd by Lowell/Suzanne 1 pg | | | | |
| 01/09/90 | 40) **NOTICE OF APPEAL** by deft from Judgment entered on 01/05/90. (dd) | 90-5017 | | | |
| 01/30/90 | 41) TRANSCRIPT of Trial b/4 EJD on 12/12/89 VOL I. SEPARATE | | | | |
| | 42) TRANSCRIPT of Trial b/4 EJD on 12/13/89 VOL II SEPARATE | | | | |
| | 43) TRANSCRIPT of Trial b/4 EJD on 12/14/90 VOL III SEPARATE | | | | |
| | 44) TRANSCRIPT of Sentencing b/4 EJD on 01/05/90 SEPARATE | | | | |
| 02/09/90 | 45) CJA-24, payable to Bruce Tiffany in the amt of $986. | | | | |

continued to page 5

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs  Sherman Ray Meirovitz  (Devitt)  3 | 88 Yr. | 00111 Docket No. | 01 Def.

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| | **MANDATE: 90-5017 MN** | |
| 02/19/91 | 46) CERT/COPY OF OPINION OF THE U.S.C.A. (Gibson, Heaney & Magill) AFFIRMING THE CONVICTION & SENTENCE. | |
| | 47) CERT/COPY OF JUDGMENT OF THE U.S.C.A. (11/21/90) JUDGMENT OF THE DIST COURT IN THIS CAUSE IS AFFIRMED IN ACCORDANCE W/THE OPINION OF THIS COURT. (copies dist'd) | |
| 02/27/91 | 48) Deft's pro se request for copy of docket sheet in forma pauperis. (docket sheet is 5 pgs) | |
| | IFP previously granted - Docket sheet mailed 2/28/91 | dd |
| 03/08/91 | 49) Deft's request for copies of: Grand Jury Transcript / Prelim Hrg Transcript / Indictment | |
| | NOTE: Copy of indictment mailed to deft on 03/08/91 (dd) | |
| 05/21/91 | 50) Notice of filing Petition for Certiorari - 1 pg | |
| 06/03/91 | 51) ORDER (EJD 05/31/91) that deft's motion for transcripts at no cost is DENIED w/o prejudice. (cc:deft & AUSA) 1 pg | |
| 11/12/91 | 52) Order denying petition for Writ of Certiorari. 1 pg | |
| 11/7/05 | *** Case reassigned to Judge David S. Doty from the Judge Rotation down list. | |
| 11/7/05 | 53) PRO SE MOTION for Relief from Illegal Sentence Pursuant to Rule 60(b) (MKF)  5 pgs | |
| 11/7/05 | 54) MEMORANDUM IN SUPPORT OF Motion for Relief. (MKF) 15 pgs | |
| 11/9/05 | 55) ORDER BY Judge David S. Doty signed on 11/9/05; that plaintiff shall respond to said motion by 12/27/05. 1 pg (mkf) cc: AUSA & deft. | |
| 11/9/05 | *** File ordered from the record center. | |
| 11/15/05 | *** File received from the record center.; | |
| 11/16/05 | 56) REASSIGNMENT OF CRIMINAL CASE - AUSA David J. MacLaughlin assigned. 1 pg (mkf) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A | Sherman Ray Meirovitz | CR 3-88-111

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- | --- |
| | (Document No.) | | (a) (b) (c) (d) |
| 12/27/05 | 57) | GOVERNMENT'S RESPONSE TO DEFT'S MOTION FOR RELIEF FROM ILLEGAL SENTENCE PURSUANT TO RULE 60(b). 62pgs | |
| 1/3/06 | 58) | ORDER (Signed by Judge David S. Doty 1/3/06) that deft's Rule 60(b) motion for relief from an illegal sentence [Doc. No. 53] is denied. 2pgs Copy mailed to deft 1/6/06 and copy to AUSA 1/6/06. LEG | |
| 1/17/06 | 59) | PRO SE NOTICE OF APPEAL of this Court's Order of 1/3/06 Regarding Deft's Rule 60(b) Motion for Relief from Illegal Sentence by Sherman Ray Meirovitz. 1 pg (mkf) copies dist'd | |
| 1/18/06 | | *** Transmission of Notice of Appeal, Order by DSD and certified Docket Sheet to USCA, St. Paul on 1/18/06 | |
| 1/18/06 | | *** Sent to USCA, St. Paul 1 volume (blue file) as to Sherman Ray Meirovitz. (mkf) | |
| 4/13/06 | 60) | United States Court of Appeals Judgment that the judgment of the district court is affirmed. 1pg LEG | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days